SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Scott N. Johnson | ) Case No. **2:10-cv-02618-LKK-EFB** |
|  | ) **(TEMP)** |
|           Plaintiff, | ) |
|  | ) **ORDER RE: REQUEST FOR DISMISSAL** |
|      vs. | ) **OF COBB & COBB CORPORATION;** |
|  | ) **CHRISTOPHER G. FUSANO** |
| Cobb & Cobb Corporation, et al | ) |
|  | ) Case to Remain Open with |
|           Defendants | ) Remaining Defendants |
|  | ) |
| _____ | ) |

IT IS HEREBY ORDERED THAT Defendants Cobb & Cobb
Corporation and Christopher G. Fusano are hereby dismissed
With Prejudice.  This case is to remain open with remaining
Defendants.

Date:  January 10, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-10-cv-02618-LKK-EFB (TEMP) - 1